UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   CARRIE ANN KOVERMAN<br><br>                      Debtor | CASE NO: 08-36466<br>      (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066267**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 2 | CITIFINANCIAL AUTO CORPORATION<br>BOX 961066<br>FORT WORTH, TX  76161-0066 | 1,193.85 |

    /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/11/2011

Certificate of Service  08-36466

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| CARRIE ANN KOVERMAN<br>20 BYWOOD CT<br>CENTERVILLE, OH  45458 | WAYNE P NOVICK<br>2135 MIAMISBURG-CENTERVILLE RD<br>CENTERVILLE, OH  45459 | (2.3)<br>CITIFINANCIAL AUTO CORPORATION<br>BOX 9578<br>COPPELL, TX  75019 |
| (2.1)<br>CITIFINANCIAL AUTO CORPORATION<br>BOX 961066<br>FORT WORTH, TX  76161-0066 | (68.1n)<br>JOHN J JANSING<br>HENDRICK & JORDON CO LPA<br>124 E THIRD ST SUITE 300<br>DAYTON, OH  45402 | (66.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 |

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv