UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-36466 |
|---|---|
| CARRIE ANN KOVERMAN | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4066748**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 71 | WELLS FARGO BANK NA<br>ON BEHALF OF ICSAC<br>200 10th STREET   4th FLOOR<br>DES MOINES, IA  50309 | 76.91 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/23/2011

Certificate of Service 08-36466

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CARRIE ANN KOVERMAN
20 BYWOOD CT
CENTERVILLE, OH  45458

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(68.1n)
JOHN J JANSING
HENDRICK & JORDON CO LPA
124 E THIRD ST SUITE 300
DAYTON, OH  45402

(66.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(71.1)
WELLS FARGO BANK NA
ON BEHALF OF ICSAC
200 10th STREET  4th FLOOR
DES MOINES, IA  50309

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____       sv