UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

CARRIE ANN KOVERMAN

CASE NO: 08-36466

(Chapter 13)

Debtor

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083103**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 26 | DONALD MOLEN<br>407 SHAWNEE TRAIL<br>CENTERVILLE, OH  45458 | 0.08 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/13/2011

Certificate of Service                08-36466

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CARRIE ANN KOVERMAN              WAYNE P NOVICK                       (26.3)
20 BYWOOD CT                     2135 MIAMISBURG-CENTERVILLE RD       DONALD MOLEN
CENTERVILLE, OH  45458           CENTERVILLE, OH  45459               407 SHAWNEE TRAIL
                                                                      DAYTON, OH  45459

(68.1n)                          (66.1n)
JOHN J JANSING                   PRA RECEIVABLES MANAGEMENT LLC
HENDRICK & JORDON CO LPA         AGENT OF PORTFOLIO RECOVERY
124 E THIRD ST SUITE 300         BOX 41067
DAYTON, OH  45402                NORFOLK, VA  23541

                Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner_____  sv